# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154717(73)

KERRY JENDRUSINA,
             Plaintiff-Appellee,

v

SHYAM MISHRA, M.D., and SHYAM
MISHRA, M.D., P.C.,
             Defendants-Appellants.
_____/

SC: 154717
COA: 325133
Macomb CC: 2013-003802-NH

On order of the Chief Justice, the motion of the Michigan State Medical Society to participate as amicus curiae and file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on April 5, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2017



Clerk